UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RICHARD HETTLER, ET. AL.,

        Plaintiffs,                                    ORDER

        v.                                          Civil No. 02-1140(JMR/FLN)

RUTH DOYNE KAHN, ET AL.

        Defendants.

RICHARD HETTLER,

        Plaintiff,

        v.                                        Civil No. 02-4184(JRT)

RUTH D. KAHN,

        Defendants.

      IT IS HEREBY ORDERED that Case No. 02-1140(JMR/FLN) and Case No. 02-4184(JRT) be assigned to Judge Ann D. Montgomery, nunc pro tunc, by use of cards on the Master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this Court's Assignment of Cases Order dated May 24, 2002.

      IT IS ALSO ORDERED that a copy of this order shall be placed in each of the above respective files

Dated: December 06, 2002

JUDGE JAMES M. ROSENBAUM
UNITED STATES DISTRICT COURT

Dated: December 10, 2002

JUDGE JOHN R. TUNHEIM
UNITED STATES DISTRICT COURT

FILED _____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD _____
DEPUTY CLERK _____