AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard J. Hettler, et al.,

V.

Ruth D. Kahn et al.,

## JUDGMENT IN A CIVIL CASE

Case Number:    02-1140 ADM/AJE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Judge Noel's 11/20/02 R&R is ADOPTED.
2. Hettler's motion for an expedited Reversal in whole or in Part of the Magistrate's 7/1/02 order is DENIED.
3. Hettler's motion for expedited Trial is DENIED.
4. Hettler's Amended Complaint is DISMISSED WITH PREJUDICE.

December 10, 2002
Date

RICHARD D. SLETTEN, CLERK

_Mary Kaye Conery_
(By)                    Mary Kaye Conery,    Deputy Clerk



Modified:11/20/02